**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BRANDON LEE KELLY,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-4557-TKW-HTC**

**TRENT A GREGER, et al.,**

**Defendants.**
_____________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a plausible claim for relief.[1] Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

[1] Based on this conclusion, the Court need not consider whether the magistrate judge correctly determined that dismissal would also be warranted based on Plaintiff's failure to fully disclose his litigation history.

2. This case is DISMISSED under 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim upon which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 17th day of August, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**